UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN THOMPSON and LEIGH ANN THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | **C.A. NO. 5:14-cv-00032-MTT** |
| TONYA LONG and JASON LONG, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | **C.A. No. 5:17-cv-0028-MTT** |

**PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

COME NOW Plaintiffs John Thompson and Leigh Ann Thompson and Plaintiffs Tonya Long and Jason Long (collectively "Plaintiffs") and move this Court, pursuant to Rules 23 and 42 of the Federal Rules of Civil Procedure, for an Order:

1. Granting consolidation of the above-referenced actions for purposes of settlement under Federal Rule of Civil Procedure 42;

2. Granting preliminary approval of the proposed Settlement Agreement ("Settlement Agreement") entered into between the parties;[1]

3. Certifying, for settlement purposes, the proposed Settlement Classes, as defined in the Settlement Agreement;

4. Appointing Richard Kopelman and Clint W. Sitton of Kopelman Sitton Law Group, LLC; Michael J. Brickman, Kimberly Keevers Palmer, James C. Bradley, and Nina Fields Britt of Richardson, Patrick, Westbrook & Brickman, LLC; Adam P. Princenthal of Princenthal & May, LLC; and C. Cooper Knowles of Law Offices of C. Cooper Knowles, as Class Counsel representing the Settlement Class;

5. Appointing Plaintiffs as class representatives representing the Settlement Class;

6. Approving the parties' proposed notice program, including the proposed form of notice, as set forth in the Settlement Agreement, and directing that notice be disseminated pursuant to such program;

7. Appointing Garden City Group, LLC as the settlement administrator ("Administrator"), and directing the Administrator to carry out the duties and responsibilities of the Administrator specified in the Settlement Agreement;

8. Approving the procedures set forth in the Settlement Agreement for Settlement Class Members to exclude themselves from the Settlement Classes or object to the Settlement Agreement; and

9. Setting a Final Approval Hearing and certain other dates in connection with the final approval of the Settlement Agreement as set forth herein.

---

[1] The Settlement Agreement, and the attachments thereto, is being submitted as Exhibit 2 to the Declaration of Richard Kopelman and Clint W. Sitton in Support of Plaintiff's Unopposed Motion for Consolidation and Preliminary Approval of Class Action Settlement, filed simultaneously herewith.

In support of this motion, Plaintiffs rely on the supporting memorandum filed herewith; the declarations of Richard Kopelman and Clint W. Sitton ("Kopelman Declaration"), Michael J. Brickman, Adam P. Princenthal, and C. Cooper Knowles, all filed herewith; the Settlement Agreement, including all exhibits thereto, which is attached as Exhibit 2 to the Kopelman Declaration; the Declaration of Shandarese Garr of Garden City Group, LLC Regarding Notice, which is being filed herewith; and such other matters as the Court may consider.

Defendant State Farm Fire and Casualty Company does not oppose the relief requested in this Motion. Defendant does, however, deny liability to Plaintiffs and denies the material allegations of the complaints in these cases. Defendant agrees that it is desirable for these actions to be resolved in accordance with the terms of the Settlement Agreement in order to avoid further exposure, uncertainty, and potentially protracted litigation and appeals and to be free of any further controversy with respect to the claims which are resolved in the Settlement Agreement.

[Remainder of page intentionally left blank]

*s/ Richard Kopelman*
Richard Kopelman (GA Bar No. 428115)
Clint W. Sitton (GA Bar No. 649420)
KOPELMAN SITTON LAW GROUP, LLC
5855 Sandy Springs Circle, Suite 300 Atlanta, Georgia 30328
Phone: 404-351-5900
clint@kopelmansitton.com
richard@kopelmansitton.com

C. Cooper Knowles (GA Bar No. 426699)
THE LAW OFFICE OF C. COOPER KNOWLES, LLC
750 Hammond Drive
Building 12, Suite 350
Sandy Springs, Georgia 30328
Telephone: (770) 668-2081
cknowles@cckfirm.com

Adam P. Princenthal (GA Bar No. 588219)
PRINCENTHAL & MAY, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
Telephone: (678) 534-1980
adam@princemay.com

Michael J. Brickman (SC Bar No. 874)
Kimberly Keevers Palmer (SC Bar No. 66496)
James C. Bradley (SC Bar No. 16611)
Nina Fields Britt (SC Bar No. 68294)
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1037-A Chuck Dawley Blvd. (29464)
Post Office Box 1007
Mount Pleasant, South Carolina 29465
Telephone: (843) 727-6500
mbrickman@rpwb.com
kkeevers@rpwb.com
jbradley@rpwb.com
nfields@rpwb.com
*Attorneys for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

Thomas W. Curvin (GA Bar No. 202740)
tomcurvin@eversheds-sutherland.com
Valerie S. Sanders (GA Bar No. 625819)
valeriesanders@eversheds-sutherland.com
Stacey M. Mohr (GA Bar No. 619207)
staceymohr@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
Phone: 404-853-8000

*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

                                                            s/ *Nina Fields Britt*
                                                           Nina Fields Britt

May 8, 2018