UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN THOMPSON and LEIGH ANN THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | C.A. NO. 5:14-cv-00032-MTT |
| TONYA LONG and JASON LONG, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | C.A. No. 5:17-cv-0028-MTT |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court to enter an order granting final approval of the Settlement Agreement[1] reached in the above-captioned cases and to enter Final Judgment. In support of this motion, Plaintiffs rely on their supporting memorandum and the Supplemental Declaration of Eric Kierkegaard, both filed

---

[1] The Settlement Agreement is attached as Exhibit 2 to the Declaration of Richard Kopelman and Clint W. Sitton in Support of Plaintiffs' Unopposed Motion for Consolidation and for Preliminary Approval of Class Action Settlement, ECF No. 203-2.

herewith, as well as all other papers and records on file in this litigation and any other matters the Court may consider.

                Respectfully submitted,

                */s/ James C. Bradley*
                Michael J. Brickman (SC Bar No. 874)
                Kimberly Keevers Palmer (SC Bar No. 66496)
                James C. Bradley (SC Bar No. 16611)
                Nina Fields Britt (SC Bar No. 68294)
                RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
                1017 Chuck Dawley Blvd. (29464)
                Post Office Box 1007
                Mount Pleasant, South Carolina 29465
                Telephone: (843) 727-6500
                mbrickman@rpwb.com
                keevers@rpwb.com
                jbradley@rpwb.com
                nfields@rpwb.com

                Richard Kopelman (GA Bar No. 428115)
                Clint W. Sitton (GA Bar No. 649420)
                KOPELMAN SITTON LAW GROUP, LLC
                5855 Sandy Springs Circle, Suite 300
                Atlanta, Georgia 30328
                Phone: 404-351-5900
                clint@kopelmansitton.com
                richard@kopelmansitton.com

                C. Cooper Knowles (GA Bar No. 426699)
                THE LAW OFFICE OF C. COOPER KNOWLES, LLC
                750 Hammond Drive, Building 12, Suite 350
                Sandy Springs, Georgia 30328
                Telephone: (770) 668-2081
                cknowles@cckfirm.com

                Adam P. Princenthal (GA Bar No. 588219)
                PRINCENTHAL & MAY, LLC
                750 Hammond Drive, Building 12, Suite 200
                Sandy Springs, Georgia 30328
                Telephone: (678) 534-1980
                adam@princemay.com

                *Attorneys for the Plaintiffs*

December 7, 2018